## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**MONICA RANDALL,**

    Plaintiff,

v.                                         **CASE NO.: 3:23-cv-0138-TJC-JBT**

**BAPTIST HEALTH SYSTEM, INC.[1]**
**a Florida Not For Profit Corporation,**

    Defendant.

_____/

## DEFENDANT'S DISCLOSURE STATEMENT

COMES NOW, Defendant, Southern Baptist Hospital of Florida, Inc., by and through its undersigned attorneys, pursuant to Local Rule 3.03, and files it Disclosure Statement as follows:

**1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:**

    Monica Randall
    Meg Zabijaka
    Colin Thakkar
    Constangy, Brooks, Smith & Prophete, LLP
    Noah E. Storch

---

[1] The proper legal name of Defendant is Southern Baptist Hospital of Florida, Inc.

1

Richard Cellar Legal, P.A.
Baptist Behavioral Health, LLC
Baptist Health System, Inc.
Baptist Neurology, Inc.
Baptist Beaches Surgery Center, LLC
Baptist South Surgery Center, LLC
BG – PHS Nassau Crossing, LLC
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Medical Center
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Medical Center Jacksonville
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Medical Center South
Southern Baptist Hospital of Florida, Inc. d/b/a Wolfson's Children's Hospital
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Medical Center Clay
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist MD Anderson Cancer Center
Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Behavioral Health
Baptist Medical Center of the Beaches, Inc.
Baptist Medical Center of Nassau, Inc.
Amelia Family Practice, Inc.
Baptist Health Ambulatory Services, Inc.
Baptist Health Properties, Inc.
Baptist Health System Foundation, Inc.
Baptist Occupational Health, Inc.
Baptist Physician Partners, LLC
Baptist Physician Partners ACO, LLC
Baptist Urology, Inc.
Baptist Pediatrics, Inc.
Baptist Primary Care, Inc.
Baptist South Medical Condominium Association, Inc.
Baptist South Medical Condominium Association I-A, Inc.
Baptist South Medical Condominium Association II, Inc.
Baptist Beaches Medical Condominium Association, Inc.
Baptist Nassau Medical Condominium Association, Inc.
Baptist Clay Medical Condominium Association, Inc.
Baptist Obstetrics and Gynecology, Inc.
Baptist Southeast Gynecologic Oncology Associates, Inc.

Baptist Specialty Physicians, Inc.
CE-Tech of Jacksonville, Inc.
Coastal Community Health, Inc.
Corporate Health, LLC
HMS Physician Services, Inc.
Lyerly Baptist, Inc.
Pavilion Associates, Ltd.
Pavilion Health Services, Inc.
Pavilion Infusion Therapy, Inc.
Pavilion Plaza Pharmacy, Inc.
Reid Medical Building Condominium Association, Inc.
The Pavilion Condominium Association, Inc.
The Pavilion Developer, Inc.
Pavilion Health Services of Clay, Inc.
Baptist AgeWell Physicians, Inc.
Baptist Cardiology, Inc.
Baptist ENT Specialists, Inc.
Baptist Physician Enterprise Services, Inc.
Baptist Primary Care – Internal Medical Group, Inc.
Baptist Pulmonary Specialists, Inc.
Baptist Radiosurgery, LLC
Jacksonville Orthopaedic Institute, Inc.
Pavilion Radiosurgery, Inc.
Pavilion Urgent Care, Inc.
BayBap, LLC
Baptist Health Clinic, Inc.
Baptist MD Anderson Cancer Physicians, Inc.
Outpatient Center Condominium Association, Inc.
Southeast Georgia Health System, Inc.
Southeast Georgia Health System Foundation, Inc.
Cooperative Healthcare Services, Inc.
Katharina's Post Mastectomy Apparel, Inc.
SGHS Holdings, Inc.
Glynn Anesthesia Associates, Inc.
Southeast Georgia Health System QALICB I, LLC
Southeast Georgia CyberKnife Center, LLC

**2.    Each entity with publicly traded shares or debt potentially affected by the outcome:**

None presently known.

**3.    Each additional entity likely to participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:**

None presently known.

**4.    Each person arguably eligible for restitution.**

Monica Randall alleges that she is the victim of wrongful conduct. Defendant denies this allegation.

## CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 7th day of March, 2023.

Respectfully submitted,

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
200 West Forsyth Street, Suite 1700
Jacksonville, Florida 32202
Telephone: (904) 356-8900
Facsimile: (904) 356-8200


By: */s/ Margaret Zabijaka*
Margaret P. Zabijaka
Florida Bar No.: 119880
mzabijaka@constangy.com
Colin Thakkar
Florida Bar No.: 10242
cthakkar@constangy.com
Attorneys for Defendant,
Southern Baptist Hospital of Florida, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2023, a copy of the foregoing has been filed and served by the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


*/s/ Margaret Zabijaka*
Attorney